ACCEPTED
05-14-01095-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/1/2015 1:49:15 PM
LISA MATZ
CLERK

NO. 05-14-01095-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/1/2015 1:49:15 PM
LISA MATZ
Clerk

AERO COUNTRY EAST ASSOCIATION, INC.
AND HEAVY VENTURES, LLC                                    APPELLANTS

V.

AERO COUNTRY PROPERTY OWNERS' ASSOCIATION, INC.      APPELLEE

On Appeal from the 429th Judicial District Court,
Collin County, Texas

## Unopposed Motion for Extension of Time to File Brief of Appelee
### [filed by Appellee Aero Country Property Owners' Association, Inc.]

Appellee Aero Country Property Owners' Association, Inc. (hereinafter "Appellee") respectfully moves this honorable Court to extend the time in which it may file its Brief of Appellee, stating as follows:

1.      The Clerk's Record was filed on November 12, 2014. The Supplemental Clerk's Record was filed December 16, 2014. The Reporter's Record was filed January 9, 2015.

2.     The Brief of Appellants was originally due on February 8, 2014.  The Brief of Appellants was filed (pursuant to an extension granted to Appellants by this Court) on March 6, 2015.

3.     The Brief of Appellee is currently due on Monday, April 6, 2015.

4.     Appellee requests that the deadline to file its Brief of Appellee be extended for 30 days to an including Wednesday, May 6, 2015.

5.     No extension of time for Appellee's Brief has been previously sought or granted.

6.     The undersigned counsel for Appellee has, since the filing of the Brief of Appellants in this case, been engaged in another significant matter pending in the federal appellate court which has competed for counsel's time and attention with the Brief of Appellee in this case.  Other similar matters may arise during and shortly after the proposed extension period. These matters include the preparation of a Brief of Appellants (filed 3/19/15) in *Innova Hospital San Antonio, L.P. et al v. Health Care Service Corp, et al*, No 14-11300 (United States Court of Appeals for the 5th Circuit).

7.     In addition to the foregoing work commitment, the undersigned counsel has family responsibilities surrounding the intervening Easter holiday that are competing for the undersigned counsel's time and attention.

8.   The undersigned counsel for Appellee contacted W. Todd Albin, counsel for Appellants, regarding this extension request.  Mr. Albin informed the undersigned that he does not opposed the relief requested herein.

9.   It is not possible for Appellee's counsel to properly and thoroughly prepare her brief under the present briefing schedule.

10.   The extension in this motion is not solely for the purposes of delay, but only so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Aero Country Property Owners' Association respectfully prays that the time in which its Brief of Appellees may be filed be extended 30 days, to an including Wednesday, May 6, 2015, and for such other and further relief to which it may be entitled at law or in equity.

Respectfully submitted,

s/ Christine D. Roseveare
P. MICHAEL JUNG
State Bar No. 11054600
CHRISTINE D. ROSEVEARE
State Bar No. 24008808

Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 FAX
michael.jung@strasburger.com
christy.roseveare@strasburger.com

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that this Brief of Appellee has been served on all parties to this action by electronic service on: W. Todd Albin and T. Chase Garrett, Attorneys for Appellants; David W. Shields, Attorney for Appellee; and Barry G. Flynn, Attorney for Appellee; all on this 1st day of April, 2015.

*s/ Christine D. Roseveare*
CHRISTINE D. ROSEVEARE